IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARQUES BLOOMFIELD | : | CIVIL ACTION |
| | : | NO. 15-1013 |
| v. | : | |
| | : | |
| WISSINOMING VOLUNTEER TRUST | : | |
| AID CORPS, INC., et al. | : | |

**ORDER**

AND NOW, this 6th day of July, upon consideration of defendants Wissinoming Volunteer First Aid Corps, Inc. and Wissinoming Ambulance Inc.'s motion for judgment on the pleadings or, in the alternative, for summary judgment (Dkt. No. 6), plaintiff's response thereto (Dkt. No. 7) and defendants' reply (Dkt. No. 8) and in accordance with the accompanying memorandum of law, it is ORDERED that defendants' motion is GRANTED as follows:

1. Count I of plaintiff's complaint is DISMISSED with leave to amend to the extent that plaintiff is able to allege sufficient facts to state a claim of racial discrimination against defendants under § 1981; and

2. Count II of plaintiff's complaint is DISMISSED with leave to amend to the extent that plaintiff is able to allege sufficient facts to state a claim for wrongful termination under Pennsylvania law.

Plaintiff may file an amended complaint, if any, on or before July 27th, 2015. The Clerk of Court shall mark this case CLOSED for statistical purposes

                                                                 *s/Thomas N. O'Neill, Jr.*
                                                              THOMAS N. O'NEILL, JR., J.