IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARQUES BLOOMFIELD | : | CIVIL ACTION |
|  | : | NO. 15-1013 |
| v. | : |  |
|  | : |  |
| WISSINOMING VOLUNTEER FIRST | : |  |
| AID CORPS, INC. and WISSINOMING | : |  |
| AMBULANCE, INC. | : |  |

## ORDER

AND NOW, this 27th day of October, 2015, upon consideration of defendants' motion for partial summary judgment on Count II of plaintiff's complaint (Dkt. No. 17), plaintiff's response (Dkt. No. 19) and defendants' reply brief (Dkt. No. 20), it is ORDERED that defendants' motion for partial summary judgment is DENIED without prejudice.  Defendants may, if they choose, file a motion for summary judgment on both counts after discovery has been completed.

                                                                        *s/Thomas N. O'Neill, Jr.*
                                                                       THOMAS N. O'NEILL, JR., J.